**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Willie Gene Woodard,<br><br>　　　　　　　Defendant. | No. CR-10-01721-02-PHX-PGR<br><br>**DETENTION ORDER** |

  On 3/25/2014, defendant Willie Gene Woodard appeared before this Court on a warrant issued for failure to appear in court. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the defendant should be released on conditions set by the Court.

  The Court finds, by clear and convincing evidence, that the defendant has violated his conditions of release, is a danger to the community, and by a preponderance of the evidence, that the defendant is a flight risk. The Court further finds that there is no condition or combination of conditions available to the Court that the defendant may be released on. 18 U.S.C.§ 3148(b).

/ / /

/ / /

/ / /

/ / /

1  IT IS THEREFORE ORDERED that defendant be detained pending further
2 proceedings.
3  Dated this 25th day of March, 2014.

Paul G. Rosenblatt
United States District Judge